

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:11cr125-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **CONSENT ORDER AND** |
| | ) | **JUDGMENT OF FORFEITURE** |
| v. | ) | |
| | ) | |
| JEFFREY M. MUYRES, | ) | |
| | ) | |
| Defendant. | ) | |

UPON the Defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant has or had a legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 982 and/or 28 U.S.C. § 2461(c):

Any and all currency and monetary instruments that were received during, involved in, or used or intended to be used to facilitate the crimes alleged in the bill of information, including the sum of approximately $393,000.

2. A forfeiture money judgment in the amount of $393,000 shall be included in the sentence of the Defendant, and the United States Department of Justice may take steps to collect the judgment from any property of the Defendant, including substitute property in accordance with the substitute asset provisions of 21 U.S.C. § 853(p);

The parties stipulate and agree that the aforementioned assets constitute property derived from or traceable to proceeds of defendant's crimes herein and/or property involved in defendant's crimes, and are therefore subject to forfeiture pursuant to 18 U.S.C. § 982 and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at

sentencing, and incorporation of the forfeiture in the judgment against Defendant.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/s/ Benjamin Bain-Creed
BENJAMIN BAIN-CREED
Assistant United States Attorney

/s/ Jeffrey M. Muyres
JEFFREY M. MUYRES
Defendant

/s/ Edward Theodore Hinson, Jr.
EDWARD THEODORE HINSON, JR., ESQ.
Attorney for the Defendant

Signed this the 17 day of May, 2011.

_____
UNITED STATES Magistrate JUDGE