IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:11CR125 |
| | ) | (Financial Litigation Unit) |
| JEFFREY M. MUYRES. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and AVIVA LIFE AND ANNUITY COMPANY:

A judgment was entered on January 31, 2012 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the defendant, Jeffrey M. Muyres, whose last known address is XXXXXXXXXXXX, Matthews, North Carolina 28104, in the sum of $393,200.40. The balance on the account as of February 6, 2012 is $393,200.40.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Aviva Life and Annuity Company is commanded to **turn over property** in which the defendant, Jeffrey M. Muyres, has a substantial nonexempt interest, said property being funds in a C.A.R.E. account held by Aviva Life and Annuity Company, which account is held in the name of Jeffrey M. Muyres at the following address: Aviva Life and Annuity Company, P.O. Box 10433, Des Moines, Iowa 50306-0433, ATTN: Legal Department.

Signed: February 7, 2012

David C. Keesler
United States Magistrate Judge