IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:11CR125 |
| | ) | (Financial Litigation Unit) |
| JEFFREY M. MUYRES. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and MASSMUTUAL FINANCIAL GROUP:

A judgment was entered on January 31, 2012 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the defendant, Jeffrey M. Muyres, whose last known address is XXXXXXXXXXX, Matthews, North Carolina 28104, in the sum of $393,200.40. The balance on the account as of February 6, 2012 is $393,200.40.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and MassMutual Financial Group is commanded to **turn over property** in which the defendant, Jeffrey M. Muyres, has a substantial nonexempt interest, said property being funds held by MassMutual Financial Group in all financial accounts including, but not limited to, any cash-value life insurance policies held in the name of Jeffrey M. Muyres at the following address: MassMutual Financial Group, 1295 State Street, Springfield, MA 01111, ATTN: Life Services.

Signed: February 7, 2012

David C. Keesler
United States Magistrate Judge