IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:11CR125 |
| | ) | (Financial Litigation Unit) |
| JEFFREY M. MUYRES. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and MORGAN STANLEY SMITH BARNEY:

A judgment was entered on January 31, 2012 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the defendant, Jeffrey M. Muyres, whose last known address is XXXXXXXXXXXX, Matthews, North Carolina 28104, in the sum of $393,200.40. The balance on the account as of February 6, 2012 is $393,200.40.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Morgan Stanley Smith Barney is commanded to **turn over property** in which the defendant, Jeffrey M. Muyres, has a substantial nonexempt interest, said property being all funds held by Morgan Stanley Smith Barney including, but not limited to, all funds held in any checking accounts, savings accounts, investment accounts, certificates of deposit, college savings account, and/or individual retirement accounts (IRA) held in the name of Jeffrey M. Muyres at the following address: Morgan Stanley Smith Barney, c/o its registered agent, CT Corporation System, 150 Fayetteville Street, P.O. Box 1011, Raleigh, North Carolina 27601.

Signed: February 7, 2012

David C. Keesler
United States Magistrate Judge