IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW3:11CR125 |
| | ) | (Financial Litigation Unit) |
| JEFFREY M. MUYRES. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and UNITED AMERICAN INSURANCE COMPANY:

A judgment was entered on January 31, 2012 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against the defendant, Jeffrey M. Muyres, whose last known address is XXXXXXXXXXX, Matthews, North Carolina 28104, in the sum of $393,200.40. The balance on the account as of February 6, 2012 is $393,200.40.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and United American Insurance Company is commanded to **turn over property** in which the defendant, Jeffrey M. Muyres, has a substantial nonexempt interest, said property being funds held by United American Insurance Company in all financial accounts including, but not limited to, any cash-value life insurance policies held in the name of Jeffrey M. Muyres at the following address: United American Insurance Company, P.O. Box 8080, McKinney, TX 75070-8080, ATTN: Claims.

Signed: February 7, 2012

_____
David C. Keesler
United States Magistrate Judge